IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NUMAH BARKUE WILSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-1793** |
| | : | |
| **OFFICER JOEL JEAN,** *et al.* | : | |

## ORDER

**AND NOW,** this 30th day of October 2015, upon consideration of the Defendants' Motion for Partial Summary Judgment (ECF Doc. No. 28), and Plaintiff's Opposition (ECF Doc. No. 31), it is **ORDERED** Defendants' Motion for Partial Summary Judgment (ECF Doc. No. 28) is **GRANTED in PART** and **DENIED in PART;**

1. Defendants' Motion is GRANTED as to the federal civil rights claim of false arrest as the officers are entitled to qualified immunity and this claim is dismissed;

2. Defendants' Motion is DENIED as to the Pennsylvania claims of false arrest and false imprisonment; and,

3. Plaintiff will proceed to trial on the federal civil rights claim of unreasonable force and on the supplemental state claims of false arrest/false imprisonment and assault and battery.

KEARNEY, J.