IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NUMAH BARKUE WILSON** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 15-1793** |
| | : |
| **OFFICER JOEL JEAN**, *et al.* | : |

## ORDER

**AND NOW,** this 1st day of February 2016, upon review of the Plaintiff's post-trial Motion for Judgment as a Matter of Law and for New Trial (ECF Doc. No. 59), Defendants' Opposition (ECF Doc. No. 62), Plaintiff's Reply (ECF Doc. No. 63), and for the reasons outlined in the accompanying Memorandum, it is **ORDERED** Plaintiff's renewed Motion for Judgment as a Matter of Law and for New Trial (ECF Doc. No. 59) is **DENIED.**

KEARNEY, J.